Gloria Harris, Administrator of the Estate of William Hardaway, Deceased, Plaintiff-Appellee, v. Aetna Insurance Company, Inc., a Corporation, Defendant-Appellant.

Gen. No. 47,859. .

First District, Third Division.

May 11, 1960.

Peterson, Lowry, Rall, Barber and Ross, of Chicago (A. R. Peterson, Harold W. Huff, and J. Robert Geiman, of counsel) for appellant; Alex Meyerovitz, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BRYANT. **Not to be published in full.**